exercise this discretion but decided the motion upon the incorrect ground that the special proceeding was not terminated by the order directing the arbitration to proceed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JOSEPH H. HAKIM, Appellant, v. CARL L. VIETOR and Another, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JOSEPH H. HAKIM, Respondent, v. CARL L. VIETOR and Another, Appellants, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS A. O'CALLAGHAN, Respondent, v. HARRY B. CHAMBERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS A. O'CALLAGHAN, Respondent, v. HARRY B. CHAMBERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS L. LYONS and Another, Plaintiffs, v. ELIZABETH WHITE WYLDE, Individually and as Executrix and Trustee, etc., of EDWARD WYLDE, Deceased, Respondent, Impleaded with ALBERT MARTIN, Appellant, and Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS L. LYONS and Another, Plaintiffs, v. ELIZABETH WHITE WYLDE, Individually and as Executrix and Trustee, etc., of EDWARD WYLDE, Deceased, Respondent. ALBERT MARTIN and Others, Appellants, Impleaded with Others, Defendants.— Order modified by granting motion to the extent of striking out paragraphs thereof numbered LVI, LVIII and LX, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS L. LYONS and Another, Appellants, v. ELIZABETH WHITE WYLDE, Individually and as Executrix and Trustee, etc., of EDWARD WYLDE, Deceased, Respondent, Impleaded with Others, Defendants.— Order modified by striking out of the notice of taking plaintiffs' testimony the items numbered 1 to 4, inclusive, and 14 to 16, inclusive, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MARGARHETTA WENTZ SMITH, Respondent, v. ORISON HAMILTON SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent, v. EDITH ROCKEFELLER McCORMICK, Respondent, and HAROLD F. McCORMICK and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In theMatter of the Application of JULIUS BLOOM and Others, Respondents, for a Peremptory Mandamus Order against DEPARTMENT OF MARKETS and